UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 1:20-cr-16-01-LM |
| | ) | |
| IDRISSA GASANA | ) | |

## PRAECIPE FOR WARRANT

The Clerk of said Court will issue a warrant, an Indictment against the above-named defendant having been filed in the above-entitled case on the 5th day of February, 2020.

This 5th day of February, 2020.

SCOTT W. MURRAY
United States Attorney


By: /s/ Georgiana L. Konesky
    Georgiana L. Konesky
    Assistant U.S. Attorney


WARRANT ISSUED: _____