UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

v.

IDRISSA GASANA
Defendant

Criminal Case No. 1:20-cr-16-01-LM

## UNITED STATES' WITNESS LIST

The United States of America, by Jane E. Young, United States Attorney for the District of New Hampshire, hereby offers the following list of witnesses that will giving testimony at the motion hearing currently scheduled for June 25, 2024:

Todd Donnelly, Special Agent - U.S. Homeland Security Investigations

The Government reserves the right to amend its witness list as necessary.

Respectfully submitted,

Dated: June 20, 2024

| | |
|---|---|
| JANE E. YOUNG<br>United States Attorney | NICOLE M. ARGENTIERI<br>Acting Assistant Attorney General Criminal Division |
| By:   */s/ Jeffery A. Strelzin*<br><br>JEFFERY A. STRELZIN NH Bar ID# 8841<br>Assistant United States Attorney<br>53 Pleasant Street, 4th Floor<br>Concord, New Hampshire 03301<br>(603) 225-1552<br>Jeff.Strelzin@usdoj.gov | By:   */s/ Frank G. Rangoussis*<br><br>FRANK G. RANGOUSSIS<br>Senior Trial Attorney<br>Human Rights and Special Prosecutions Section<br>1301 New York Avenue, N.W., 12th Floor<br>Washington, D.C. 20530<br>(202) 510-4280<br>Frank.Rangoussis@usdoj.gov |