UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

v.                                              Criminal Case No. 1:20-cr-16-01-LM

IDRISSA GASANA

## DEFENDANT'S TENTATIVE WITNESS LIST

The defendant through his counsel has identified the following witnesses who may be called to testify in the trial which is scheduled to begin on January 22, 2025:

1. Ahmed Ahmed, Manchester, NH
2. J Arsenault (investigator), Federal Defender Office, Concord, NH
3. Father Basile Bazina, Fall River, MA
4. Sylvestre Cyiza, Rwanda
5. Rodrigue Gakwaya, Manchester, NH
6. Mark Geraghty, London, UK
7. Phillippe Habururema aka Garcon, Rwanda
8. Pascal Kalin, Manchester, NH
9. Paulette Kantarama, Rwanda
10. Eric Kayihura, Manchester, NH
11. Jean Damascene Misigaro, Rwanda
12. Eugene Mugiraneza, Rwanda
13. Dative Mukaneza, Manchester, NH
14. Dancille Mukangoma, Rwanda
15. Dick Prudence Munyeshuli (investigator), Rwanda
16. Jean Mutabaruka, Rwanda
17. Nathan Ndajeh (formerly Ndagijimana), Manchester, NH
18. Kennedy Obongo, Manchester, NH
19. Jean Paul Senyenzi, Rwanda
20. Tijara Umubyeyi, Rwanda
21. Rosine Uwineza, Pittsfield, NH
22. Adeline Uwisoni, Rwanda

The defendant reserves the right to call any witnesses on the government's witness list in the defendant's case-in-chief, and to amend the defendant's tentative witness list as necessary.

| | |
|---|---|
| Date: July 1, 2024 | Respectfully Submitted, |
| | */s/ Jeffrey S. Levin* |
| | Jeffrey S. Levin (NH Bar #12901) |
| | |
| | */s/ Behzad Mirhashem* |
| | Behzad Mirhashem (NH Bar # 10031) |
| | Federal Public Defender Office |
| | District of New Hampshire |
| | 22 Bridge Street, Box 12 |
| | Concord, NH 03301 |
| | Tel. (603) 226-7360 |

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2024, the above document was served electronically upon all counsel of record through the CM/ECF filing system.

*/s/ Jeffrey S. Levin*
Jeffrey S. Levin