UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.     )<br>)<br>IDRISSA GASANA     )<br>             ) | Case No. 1:20-cr-16-01-LM |

**GOVERNMENT'S ASSENTED-TO MOTION TO DISMISS INDICTMENT**

The UNITED STATES OF AMERICA, by and through Jane E. Young, the United States Attorney for the District of New Hampshire, requests leave to dismiss the indictment against the defendant in criminal matter 1:20-cr-16-01-LM. The government's motion is based on its recently determined inability to sustain its burden of proof.

The defendant, through counsel, assents to this motion.

                              Respectfully submitted,

                              JANE E. YOUNG
                              United States Attorney

Dated: November 1, 2024                */s/ Jeffery A. Strelzin*

                              Jeffery A. Strelzin, NH Bar ID# 8841
                              Assistant United States Attorney
                              53 Pleasant Street, 4th Floor
                              Concord, New Hampshire 03301
                              Jeff.Strelzin@usdoj.gov / (603) 225-1552